266 So.2d 433

**EXECUTIVE CAR LEASING COMPANY OF NEW ORLEANS, INC.**

v.

**ALODEX CORPORATION, INC.**

No. 52721.

Sept. 27, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

266 So.2d 433

**Wilson J. LANDRY**

v.

**Nelson FERGUSON.**

No. 52714.

Sept. 27, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.